| PROB 35 | Report and Order Terminating Supervision |
|---|---|
| (Rev 3/93) | Prior to Original Expiration Date |

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 5:10-M-1669-1

IN N. DANIELS

    On November 2, 2010, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                              Respectfully submitted,

/s/ Robert L. Thornton                              /s/ Debbie W. Starling
Robert L. Thornton                                  Debbie W. Starling
Supervising U.S. Probation Officer                  U.S. Probation Officer

### ORDER OF COURT

    Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 26 day of January, 2011.

James E. Gates
U.S. Magistrate Judge